IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEIGHTON D. LINDSEY,

                    Plaintiff,

v.

JOSEPH BEAHM, PAMELA ZANK,
JESSE JONES, JANN JOHNSTON,
ANTHONY MELI, WILLIAM POLLARD,
ED WALL, DAN STRAHOTA
and DANIEL BRAEMER,

                    Defendants.

ORDER

16-cv-61-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Leighton Lindsey has filed a motion for a default judgment on the ground that defendants failed to file an answer within the deadline for doing so. Dkt. #33. However, defendants filed their answer on May 16, 2016, dkt. #28, which was within the 40-day deadline set in the screening order. Dkt. #19. Although the 40th day was May 15, 2016, because that was a Sunday, defendants' actual deadline was Monday, May 16, 2016. Fed. R. Civ. P. 6(a)(1)(C) (if deadline falls on Saturday, Sunday or holiday, deadline is extended to next business day). Accordingly, IT IS ORDERED that plaintiff Leighton Lindsey's motion for a default judgment, dkt. #33, is DENIED.

Entered this 6th day of June, 2016.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge

1